preme Court, Appellate Division, First Department. December 3, 1915.) Action by the Denison Cotton Mill Company against Herx & Eddy. H. W. Baird, of New York City, for appellants. L. B. Eppstein, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SMITH, J., dissents. LAUGHLIN, J., dissents, and votes for reversal and new trial, unless plaintiff stipulates to reduce verdict to one-third.

---

DENNIS v. GENERAL ACCIDENT, FIRE & LIFE ASSUR. CORP., OF PERTH, SCOTLAND. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by James U. Dennis, as executor, against the General Accident, Fire & Life Assurance Corporation, of Perth, Scotland. H. B. Bradbury, of New York City, for appellant. G. B. Covington, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

DEXTER SULPHITE PULP & PAPER CO., Respondent, v. JEFFERSON POWER CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by the Dexter Sulphite Pulp & Paper Company against the Jefferson Power Company and others. No opinion. Motion granted, and appeal dismissed, with $10 costs, unless appellants file and serve printed papers on appeal within two weeks, and be ready to argue the appeal on the 9th day of December, 1915.

---

DE WITT, Respondent, v. ABRAHAM BROS. HORSE & MULE CO., Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Edward F. De Witt against the Abraham Bros. Horse & Mule Company. M. L. Halff, of New York City, for appellant. G. B. Hayes, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

DICKERSON, Respondent, v. TOWN OF OYSTER BAY. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Jacob Dickerson against the Town of Oyster Bay, in which Wilbur Schenck and others appeal. No opinion. Judgment affirmed, with costs.

---

DIETERICH, Appellant, v. J. & M. HAFFEN BREWING CO., Respondent, et al. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Appeal from Special Term, New York County. Action by John F. Dieterich against the J. & M. Haffen Brewing Company, impleaded, etc. From an order granting a motion for a bill of particulars, plaintiff appeals. Modified and affirmed. Franklin Bien, of New York City, for appellant. Carl Schurz Petrasch, of New York City, for respondent.

PER CURIAM. The order appealed from is modified, by eliminating the provision requiring

the plaintiff to serve a bill of particulars with respect to what caused the timber to fall, demand No. 7, and, as so modified, affirmed, with $10 costs and disbursements to the respondent. Settle order on notice.

---

DIETRICH, Appellant, v. MARTIN BECHTEL, Inc., Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by William Dietrich against Martin Bechtel, Incorporated. No opinion. Judgment unanimously affirmed, with costs.

---

DINNEAN, Appellant, v. DINNEAN, Respondent, et al. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Elizabeth F. Dinnean against Catherine Dinnean, impleaded with others. J. M. Levine, of New York City, for appellant. J. W. Hyde, of New York City, for respondent. No opinion. Judgment (90 Misc. Rep. 121, 152 N. Y. Supp. 587) affirmed, with costs. Order filed.

---

DITMAS REALTY CO., Respondent, v. BRISTOR, Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by the Ditmas Realty Company against George R. Bristor. D. S. Meyers, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

---

DOHERTY, Respondent, v. CONSOLIDATED GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Patrick Doherty against the Consolidated Gas Company. J. A. Garver, of New York City, for appellant. A. Steckler, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and McLAUGHLIN, J., dissent.

---

In re DOMSCHKE. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) In the matter of the application of Edward Domschke for an order restraining Edward F. Boyle and others, constituting the Board of Elections of the City of New York, from printing on the official ballot the name of William R. Wilson. No opinion. Order affirmed, without costs.

---

In re DOMSCHKE. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) In the matter of the petition of Edward Domschke for an order restraining Edward F. Boyle and others, constituting the Board of Elections of the City of New York, from printing on the official ballot the name of Maurice De Young. No opinion. Order affirmed, without costs.

---

DONOHUE v. CITY WATER POWER CO. et al. (Supreme Court, Appellate Division,